[No. 69631-9-I.  Division One.  March 17, 2014.]

*In the Matter of the Marriage of* Suzuko Komi, *Respondent,* and John McKay, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-3-06995-1, Jeffrey M. Ramsdell, J., entered October 23, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Grosse and Lau, JJ.

[No. 69768-4-I.  Division One.  March 17, 2014.]

*In the Matter of the Detention of* D.S.

The State of Washington, *Respondent,* v. D.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-6-03463-4, James D. Cayce, J., entered December 20, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 69816-8-I.  Division One.  March 17, 2014.]

The State of Washington, *Respondent,* v. Jake James W. Sigurdson, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00875-7, Thomas J. Wynne, J., entered January 3, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Lau and Verellen, JJ.

[No. 69838-9-I.  Division One.  March 17, 2014.]

Gifford Industries, Inc., *Appellant,* v. Christian Truer et al., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 10-2-28420-6, Susan J. Craighead, J., entered September 22, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Lau, J.